UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

AFL Telecommunications LLC v. SurplusEQ.com Inc., et al.

2:11-cv-01086

**AMENDED APPLICATION FOR ISSUANCE OF COMMISSION FOR DEPOSITIONS IN A FOREIGN COUNTRY PURSUANT TO APPLICABLE CONVENTION**

Exhibit B – Deposition of Stephen Althoff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CIVIL ACTION NO.   2:11-CV-01086 DGC

- - - - - - - - - - - - - - - - - - - - X

AFL Telecommunications, LLC,

    Plaintiff,

      vs.

SurplusEQ.com, Inc., Tech Sales, LLC, and Daniel Parsons and Jane Doe Parsons,

    Defendants.
- - - - - - - - - - - - - - - - - - - - X


30(b)(6) DEPOSITION OF AFL TELECOMMUNICATIONS, LLC

STEPHEN ALTHOFF

Taken by Defendants

Spartanburg, South Carolina

April 24, 2012


LST JOB NO.:   158628

REPORTED BY:   Rebecca L. Arrison, Notary Public

```
 1         Q.   Does AFL provide any manufacturing of any
 2   aspects of the hardware for the fusion splicers that
 3   Fujikura makes?
 4         A.   No.
 5         Q.   Does AFL provide any specifications for the
 6   fusion splicers?
 7         A.   If you're defining specifications as, you
 8   know, again, what I call the features and benefits
 9   and the needs, you know, I mean, for example, if, you
10   know, we say it has to operate at a temperature of
11   this range to that range, you know, we would give
12   that type of input.
13                   (Exhibit No. 1 was marked for
14                    identification.)
15         Q.   Mr. Althoff, I am showing you what's been
16   marked as Exhibit 1.  Have you ever seen this before?
17         A.   I have.
18         Q.   What is this?
19         A.   It's a Copyright License.
20         Q.   And what is the date of the copyright
21   license?
22         A.   On my side, it's February 16; Fujikura side,
23   it's February 17.
24         Q.   And is that your signature at the bottom
25   under AFL Telecommunication, LLC?
```

```
 1        A.   It is, yes, sir.
 2        Q.   Thank you.
 3             And why was this copyright license executed?
 4        A.   To license AFL.
 5        Q.   Okay.  From the records that AFL produced,
 6   this appears to be the only copyright license between
 7   Fujikura and AFL relating to fusion splicers; is that
 8   accurate?
 9        A.   Yes.
10                  MR. SCRUTON:  You're asking there
11        about written licenses.
12                  (Exhibit No. 2 was marked for
13                  identification.)
14   BY MR. KERCSMAR:
15        Q.   Showing you what's been marked as Exhibit 2.
16   Have you ever seen this before?
17        A.   I have.
18        Q.   What is this?
19        A.   Trademark License Agreement.
20        Q.   And it looks like it's between Fujikura,
21   Limited and AFL?
22        A.   It is.
23        Q.   Okay.  And what is the date of this
24   document?
25        A.   Looks like the 14th of March, 2011.
```

```
 1         Q.   And who signed this document on behalf of
 2    AFL?
 3         A.   Jody Gallagher.
 4         Q.   Do you know why AFL entered into this
 5    agreement?
 6         A.   To provide AFL a trademark license
 7    agreement.
 8         Q.   Why was it provided in March of 2011?
 9         A.   Because Fujikura wanted us to have a
10    trademark license agreement.
11         Q.   Again, this is the only trademark license
12    agreement produced by AFL.  Are you aware of any
13    other written agreements for trademark licenses
14    between AFL and Fujikura other than this one?
15         A.   I am not aware.
16              (Exhibit No. 3 was marked for
17               identification.)
18         Q.   Mr. Althoff, showing you Exhibit 3.  Do you
19    know what Exhibit 3 is?
20         A.   It's a Reseller Agreement.
21         Q.   Have you ever seen this document before?
22         A.   I have, yes.
23         Q.   This appears to be a draft; is that right?
24         A.   Yes.
25         Q.   Was a document similar to this ever executed
```

```
 1           legally permitted to sell at the exact same price to
 2           AFL as FCH?
 3                A.    Yeah, I don't know.
 4                Q.    Naturally, when AFL cuts the prices it sells
 5           to customers for these fusion splicers, it hurts
 6           AFL's profitability, doesn't it?
 7                A.    Sure.
 8                Q.    What percentage of AFL's total revenues are
 9           represented by Fujikura fusion splicers?
10                A.    535 by 6, divide 36 by -- I'm trying to do
11           it in my head.  10 percent would be 60, so that would
12           get to you 7 to 8 percent.
13                Q.    To 8 percent?
14                A.    That type of range.
15                Q.    Okay.  And 60 is your total revenues?
16                A.    Yes.
17                Q.    Expressed in millions?
18                A.    Yes.
19                Q.    And 36 million is total revenue for fusion
20           splicers?
21                A.    Correct.
22                Q.    This document was created that we have been
23           looking at in February 2009.  At that time, did AFL
24           have a written copyright license with Fujikura?
25                A.    No.
```

1   Q.   At that time, did AFL have a written
2   trademark license with Fujikura?
3   A.   No.
4           MR. KERCSMAR:  I take it
5   Exhibit 11 is a confidential document; we should
6   treat it that way?
7           MR. SCRUTON:  Yeah.
8           THE WITNESS:  It would be
9   preferred.
10  BY MR. KERCSMAR:
11  Q.   And in fact, you probably prefer your
12  customers don't review this document?
13  A.   My customers?
14  Q.   Yeah.
15  A.   I wouldn't have a problem.
16  Q.   You wouldn't have a problem with your
17  customers looking through this document?
18  A.   I would have to reread every word to give
19  you -- but in general, for the purpose of it, no,
20  because part of this is we're protecting the
21  customer.
22  Q.   How does this document protect the customer?
23  A.   The actions discussed in this document is
24  what I am talking about protecting the customer.
25  Q.   Okay.  How did the actions discussed in here

```
 1   back to the customer, tell the customer they're out
 2   of luck, replace, certainly some of the options that
 3   are out there.
 4       Q.   And about a week later, top e-mail here is
 5   from Greg Pickeral to you.  Do you see that?
 6       A.   Uh-huh.
 7       Q.   And Greg writes, We've received and examined
 8   this machine, and it has been extensively modified.
 9            So is it fair to conclude that AFL would do
10   the examination here?
11       A.   Correct.  At the time we had a Fujikura
12   engineer that was in Spartanburg, and that's what we
13   call our Duncan plant, but -- and so he assisted in
14   the inspection.
15       Q.   Okay.  And that was Kubo?
16       A.   Correct.  And Kubo has since gone back to
17   Japan.
18       Q.   Okay.  Has he been replaced by someone?
19       A.   Yes.
20       Q.   Okay.  So those folks are from Fujikura?
21       A.   Correct.  They come for, you know, a couple
22   years.  It's a -- Kubo was the first one in the first
23   group that did it.
24       Q.   Uh-huh.
25       A.   And then, you know, they're still a Fujikura
```

```
 1    employee, and they work here and go back to get some
 2    experience.
 3         Q.    Any idea whether Kubo is still employed by
 4    Fujikura?
 5         A.    He is, yes.
 6         Q.    In August of 2010, how long had you been
 7    attempting to get ahold of fusion splicers that
 8    SurplusEQ had sold?
 9         A.    Years.
10         Q.    Years.  And so over the years, you were
11    asking people who called in and gave serial numbers
12    for repairs if they -- if it was sold by SurplusEQ if
13    they would send it in?  I mean, how were you actively
14    pursuing modified SurplusEQ units?
15         A.    A customer calls in, I would like to send in
16    my splicer for, you know, for repair, I am having
17    this problem, whatever it is.  We have technicians on
18    call that can walk the customer through on the phone
19    their problems or whatever, and sometimes it results
20    in bringing -- have to ship the machine if they can
21    get an RA, return authorization.  We do the repair,
22    we ship it back.  So if it's not a machine that we
23    have sold --
24         Q.    Uh-huh.
25         A.    -- we don't provide them technical support,
```

```
 1           Q.   Okay.  In this e-mail, Nick Kawanishi writes
 2      you about the next steps to take about the 818
 3      machine.  Do you see that?
 4           A.   Uh-huh.
 5           Q.   And step one, It is better to have
 6      suggestions from a lawyer.  You could select the best
 7      law firm for you.
 8           A.   We are not on the same page.  I'm sorry.
 9           Q.   Okay.  So starts with, Steve-san.  Point
10      one, It's better to have suggestions from a lawyer.
11      You could select the best law firm for you.
12           A.   Correct.
13           Q.   Number three, when you would need the
14      trademark license from FJK, FJK is happy to license
15      it.  Do you see that?
16           A.   No, sir.  Uh-huh.
17           Q.   So is it true that AFL obtained the
18      trademark license for purposes of bringing this
19      lawsuit against SurplusEQ?
20           A.   It's true that AFL saw this the February 13,
21      2009 document and has suggested this as one of the
22      options for combating the gray markets splicers.
23           Q.   Uh-huh.
24           A.   Okay.  Was it targeted exactly only at
25      SurplusEQ, no.
```

```
 1        Q.   The trademark license was obtained for
 2   purposes of bringing litigation?
 3        A.   As a combatant against the gray market
 4   situation.
 5        Q.   And four, It will not be a joint lawsuit
 6   between AFL and FJK.
 7             Did you talk further to find out why that
 8   would be the case?
 9        A.   Fujikura is a Japanese culture, consensus
10   oriented organization.  So Kawanishi is a middle
11   manager, right?  He is voicing an opinion of
12   Fujikura.  But it gets to the whole, you know,
13   committee, decision by committee.
14        Q.   You don't know if Fujikura didn't want to be
15   a participant in this lawsuit?
16        A.   As I said, you know, in the Vibrant lawsuit,
17   Fujikura, as I mentioned earlier, was the
18   plaintiff --
19        Q.   Yes.
20        A.   -- of record.
21        Q.   Yes.
22        A.   Okay.  Fujikura used its own law firm.  It
23   was kind of a Japanese-American law firm targeting
24   Japanese companies, okay.  So they think
25   Japanese-wise.
```

```
 1         A.    Correct.
 2         Q.    Who made the modifications to the fusion
 3   splicer that Entergy had?
 4         A.    I don't know.
 5         Q.    Have you learned anything in your
 6   investigation to assist you in figuring out who might
 7   have made those?
 8         A.    We don't know.
 9               (Exhibit No. 22 was marked for
10               identification.)
11         Q.    Showing you Exhibit 22, Mr. Althoff.
12         A.    Uh-huh.
13         Q.    Have you ever seen this document?
14         A.    Yes, 6682, correct.  So that was -- to go
15   back to your last comment, that was --
16         Q.    Okay.  So that confirms for you that
17   Exhibit 21 was -- relates to that Entergy?
18         A.    Yes, sir.
19         Q.    Ever seen Exhibit 22 before?
20         A.    I have.
21         Q.    What is it?
22         A.    It's a list of what was done during the
23   inspection process by Kubo and Steadman, and then
24   their results that they identified as they took
25   pictures and went through each of the steps.  And
```

```
 1    then the information back from Fujikura when they
 2    sent the information to Fujikura and Fujikura came
 3    back and connected the dots for us.
 4         Q.   Uh-huh.  Sounds like Kubo and Steadman were
 5    the primary creators of this document.
 6         A.   Yes, sir.
 7         Q.   And they had some help from Fujikura Japan?
 8         A.   As far as giving information, correct.
 9         Q.   Did you have any input into this document?
10         A.   No.  This is just the report they gave us.
11         Q.   Okay.  I want to ask you about the second
12    page.
13         A.   Yes.
14         Q.   Obviously in here, Route to customer, second
15    line of the second page.
16         A.   Correct.
17         Q.   Says Fujikura, next, question mark, next,
18    Surplus, next customer, correct?
19         A.   Correct.
20         Q.   Okay.  Since this was created on August 26,
21    2010, do you have any additional information about
22    who came between Fujikura and SurplusEQ?
23         A.   The only -- no.  What we know is who
24    Fujikura sold it to.
25         Q.   Okay.  Who is that?
```