1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

7
8
9
10
11
12
13
14
15

| | |
|---|---|
| AFL Telecommunications LLC, | Case No. CV11-1086-PHX DGC |
| Plaintiffs, | |
| v. | **COMMISSION TO TAKE DEPOSITIONS IN A FOREIGN COUNTRY** |
| SurplusEQ.com Inc. et al., | |
| Defendants. | |

16
17

TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES

UNITED STATES EMBASSY, TOKYO, JAPAN

18
9

Upon the Application of Defendants, and in accordance with Article 17 of the United States–Japan Consular Convention,

20
21

IT IS ORDERED that the depositions on notice of the following witnesses be taken at the United States Embassy in Tokyo, Japan:

22
23
24

Noriyuka Kawanishi
Fujikura Ltd
1-5-1 Kiba, Koto-ku, Tokyo,  135-8512, Japan

25
26

Yoichi Naganama
Fujikura Ltd
1-5-1 Kiba, Koto-ku, Tokyo,  135-8512, Japan

27
28

Hideo Naruse
Fujikura Ltd
1-5-1 Kiba, Koto-ku, Tokyo,  135-8512, Japan

Tokishi Kubo
Fujikura Ltd
1-5-1 Kiba, Koto-ku, Tokyo, 135-8512, Japan.

Commencing on or about September 4, 2012, at 8:30 a.m. and terminating on or about September 6, 2012, at 4:00 p.m.

The consul or vice consul is authorized and directed to administer any necessary oaths or affirmations to each witness, as well as the stenographer, and any interpreters or translators. The consul or vice consul shall also mark any documentary exhibits in connection with the examinations.

The consul or vice consul should ensure that all objections raised by any participant in the proceedings are recorded by the stenographer as part of the transcript of the proceedings.

The depositions will be conducted in the English language with the aid of any necessary interpretative services provided by translators authorized to conduct those services in the jurisdiction in which the examinations will take place.

Please cause the testimony of said witnesses to be reduced to writing through the use of stenographic means and, if specifically requested by any party, by video. Defendants bear the responsibility to ensure that all necessary translators, stenographers, and videographers. Please cause the deposition to be signed by the witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this court with all convenient speed.

Counsel for Defendants who will participate in said depositions is Geoffrey S. Kercsmar. Counsel of Plaintiffs who may participate in said depositions are Joel T. Beres, John W. Scruton, Sean David Garrison, and Shane Eric Olafson.

Dated this 13th day of June, 2012.

_David G. Campbell_
_____
David G. Campbell
United States District Judge